IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AURELIO REYES-NAVARRO, | § | |
|    Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-17-034 |
| | § | CRIMINAL NO. B-15-611-1 |
| UNITED STATES OF AMERICA | § | |
|    Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's Report and Recommendation dated June 27, 2017 [Doc. No. 21], in the above-referenced cause of action. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Petitioner Aurelio Reyes-Navarro's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed on July 31, 2017.

                                                  Andrew S. Hanen
                                                United States District Judge